472 A.2d 270

Commonwealth v. Rivera, Appellant.

Submitted February 2, 1984. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and BECK and HOFF-MAN, JJ.

Affirmed.